

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00339-CV

## IN THE INTEREST OF W.D AND C.D., CHILDREN

**From the County Court at Law
Ellis County, Texas
Trial Court No. 95441CCL**

# O R D E R

The Court has considered the motions filed by the Texas Department of Family and Protective Services to exceed the word limit and to file a single combined brief responding to the briefs from each of the two appellants. Both motions are granted.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Motions granted
Order delivered and filed March 20, 2019
[CV06]

